UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENISE FREEMAN,** : |
|     **Plaintiff,** : |
| : |
| v. : No. 19-cv-4336 |
| : |
| **ALLENTOWN SCHOOL DISTRICT,** : |
|     **Defendant.** : |

# O R D E R

AND NOW, this 30th day of September, 2019, upon consideration of Plaintiff Denise Freeman's Application to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint, (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint, is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Court's Memorandum.

4. The Clerk is directed to mark this matter as **CLOSED**.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**